March 25, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

### PHILIP WADE ELLISON, Appellant

NO. 14-12-00920-CR                                          V.
NO. 14-12-00922-CR

### THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the record of the court below. The record reveals error in one of the judgments against PHILIP WADE ELLISON. The Court orders the conviction and sentence in Trial Court Cause Number 67695 **VACATED** in accordance with its opinion. The adjudication of guilt and sentence in Trial Court Cause Number 67168 is **AFFIRMED**.

We order THE STATE OF TEXAS to pay all costs incurred in this appeal.

We further order this decision certified below for observance.